Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYTRONICS, LTD.,<br><br>                              Plaintiff,<br><br>        v.<br><br>CHASING INNOVATION TECHNOLOGY CO., LTD. and CHASING TECHNOLOGY (USA), LLC,<br><br>                              Defendants. | Case No. 2:23-cv-01406-JNW<br><br>STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER<br><br>NOTE ON MOTIONS CALENDAR:<br>November 15, 2023 |

**STIPULATION**

In accordance with Local Civil Rule 7(j), plaintiff Maytronics Ltd. ("Plaintiff" or "Maytronics") and defendants Chasing Innovation Technology Co., Ltd. ("Chasing-China") and Chasing Technology (USA), LLC ("Chasing-USA") (collectively "Defendants" or "Chasing") agree to an extension of time for Defendants to answer, respond, or otherwise defend against the complaint in the above-referenced action. Defendants have not yet appeared in this action, but they have authorized Plaintiff to file this stipulation on their behalf.

There is good cause for the stipulation. Chasing-China has agreed to waive service, and it is most efficient for both Defendants to answer, respond, or otherwise defend against

STIPULATED MOTION FOR EXTENSION AND
[PROPOSED] ORDER  - 1
CASE NO. 2:23-cv-01406

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
Telephone: +1 206 623 7580
Facsimile: +1 206 623 7022

the complaint on the same schedule. *See* **Exhibit 1** (waiver form); Dkt. No. 9 (affidavit of service of summons on Chasing-USA).

Accordingly, the parties request an order permitting Defendants to answer, respond, or otherwise defend against the complaint by **January 16, 2024**; and the parties further request an order extending the following case deadlines: Initial disclosures deadline to **December 6, 2023**; and Joint Status Report and Discovery Plan deadline to **December 13, 2023**.

IT IS SO STIPULATED

DATED this 15th day of November, 2023.

        K&L GATES LLP

        By   *s/ Christopher M. Wyant*
           Christopher M. Wyant, WSBA #35561
           Shelby R. Stoner, WSBA # 52837
           925 Fourth Avenue, Suite 2900
           Seattle, WA 98104
           Phone: (206) 623-7580
           Fax: (206) 623-7022
           chris.wyant@klgates.com
           shelby.stoner@klgates.com

        *Attorneys for Plaintiff Maytronics, Ltd.*

STIPULATED MOTION FOR EXTENSION AND
[PROPOSED] ORDER - 2
CASE NO. 2:23-cv-01406

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
Telephone: +1 206 623 7580
Facsimile: +1 206 623 7022

# ORDER

Upon consideration of the Parties' Stipulated Motion for Extension, the Court finds that good cause exists to extend certain deadlines, and it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that filing deadlines and the current case schedule will be modified as follows.

| Event | Current Date | New Date |
|---|---|---|
| Responsive Pleading | October 12, 2023 | **January 16, 2024** |
| Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | November 15, 2023 | **December 6, 2023** |
| Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | November 22, 2023 | **December 13, 2023** |

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

By: _____
JAMAL N. WHITEHEAD
U.S. District Judge

/ / /

STIPULATED MOTION FOR EXTENSION AND [PROPOSED] ORDER - 3
CASE NO. 2:23-cv-01406

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
Telephone: +1 206 623 7580
Facsimile: +1 206 623 7022

Presented by:

K&L GATES LLP

By   s/ Christopher M. Wyant
     Christopher M. Wyant, WSBA #35561
     Shelby R. Stoner, WSBA # 52837
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email: chris.wyant@klgates.com
       shelby.stoner@klgates.com

Attorneys for Plaintiff Maytronics, Ltd.

STIPULATED MOTION FOR EXTENSION AND [PROPOSED] ORDER  - 4
CASE NO. 2:23-cv-01406

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
Telephone: +1 206 623 7580
Facsimile: +1 206 623 7022

# EXHIBIT 1

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| MAYTRONICS, LTD., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-01406 |
| CHASING INNOVATION TECHNOLOGY CO., LTD. | ) |
| *Defendant* | ) |

**WAIVER OF THE SERVICE OF SUMMONS**

To: Christopher Wyant, Jeffrey Gargagno, K& L Gates

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from       10/16/2023      , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   11/09/2023

/s/ Donald R. McPhail

*Signature of the attorney or unrepresented party*

Chasing Innovation Technology Co., Ltd
*Printed name of party waiving service of summons*

Donald R. McPhail
*Printed name*

Oblon, McClelland, Maier & Neustadt LLC
1940 Duke Street
Alexandria, VA 22314
*Address*

dmcphail@oblon.com
*E-mail address*

(703) 412-1432
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.