UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYTRONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHASING INNOVATION TECHNOLOGY CO., LTD. and CHASING TECHNOLOGY (USA), LLC, <br><br> Defendants. | CASE NO. 2:23-cv-1406 <br><br> MINUTE ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME |

On November 10, 2023, Plaintiff Maytronics, Ltd. filed its Stipulation For Extension of Time And Proposed Order. Dkt. No. 10. In its motion, Maytronics states that Defendant Chasing Innovation Technology Co., Ltd. has agreed to waive service. *Id.* Maytronics represents that it and Defendants agreed to extend the time for Defendants to "answer, respond, or otherwise defendant against the complaint" in this matter, and as good cause, states that it would be "most efficient for both Defendants to answer, respond, or otherwise defend against the complaint on the same schedule." *Id.*

**MINUTE** ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME - 1

Maytronics notes that Defendants have not appeared in this action, but that they "authorized Plaintiff to file this stipulation on their behalf." *Id*. Because the motion is only signed by Maytronics's counsel, the Court considers the request as an unopposed motion rather than a stipulated one. The noting date remains the same. *See* LCR 7(d)(1).

Having considered Maytonics's motion, Court finds good cause to grant its request:

(1) Defendants will answer, respond, or otherwise defend against the complaint by January 16, 2024.

(2) The initial disclosure deadline is extended to December 6, 2023.

(3) The Joint Status Report and Discovery Plan is extended to December 13, 2023.

It is so ORDERED.

Dated this 22nd day of November, 2023.

Jamal N. Whitehead
United States District Judge

**MINUTE** ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME - 2