HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MAYTRONICS, LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHASING INNOVATION TECHNOLOGY CO., LTD. and CHASING TECHNOLOGY (USA), LLC,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01406-JNW<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>[PROPOSED] |

This matter came before the Court on the Parties Stipulated Motion for Extension of Time to Respond to Complaint. The Court having reviewed the pleadings and considered the files and records herein,

IT IS HEREBY ORDERED that the Stipulated Motion for Extension of Time to Respond to Complaint is GRANTED. Defendants' deadline to answer, respond, or otherwise defend against the complaint is extended to February 13, 2024.

DATED this 31st day of January, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393

Presented by:

| K&L GATES LLP | STOKES LAWRENCE, P.S. |
|---|---|
| By */s/Shelby R. Stoner  (E-mail Authority)* <br> Christopher M. Wyant, WSBA #35561 <br> Shelby R. Stoner, WSBA # 52837 <br> 925 Fourth Avenue, Suite 2900 <br> Seattle, WA  98104 <br> Phone:  (206) 623-7580 <br> E-mail : chris.wyant@klgates.com <br> E-mail: shelby.stoner@klgates.com <br><br> *Attorneys for Plaintiff Maytronics, Ltd.* | By */s/John T. Fetters* <br> John T. Fetters (WSBA #40800) <br> Valerie Walker (WSBA #52584) <br> 1420 Fifth Avenue, Suite 3000 <br> Seattle, WA  98101-2393 <br> Telephone: 206-626-6000 <br> E-mail: John.fetters@stokeslaw.com <br> E-mail: Valerie.walker@stokeslaw.com <br><br> Donald R. McPhail (pro hac vice) <br> Eric W. Schweibenz (pro hac vice) <br> Alexander B. Englehart (pro hac vice) <br> OBLON, MCLELLAND, MAIER & NEUSTADT LLP <br> 1940 Duke Street <br> Alexandria, VA 22314 <br> Telephone: 703-413-3000 <br> E-mail: dmcphail@oblon.com <br> E-mail: eschweibenz@oblon.com <br> E-mail: aenglehart@oblon.com <br><br> *Attorneys for Defendants Chasing Innovation Technology Co., Ltd. and Chasing Technology (USA), LLC* |