UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYTRONICS LTD., | CASE NO. 2:23-cv-1406 |
| Plaintiff, | ORDER |
| v. | |
| CHASING INNOVATION TECHNOLOGY CO. LTD. ET AL, | |
| Defendants. | |

On January 16, 2024, Defendants Chasing Innovation Technology Co., Ltd. and Chasing Technology (USA) LLC filed Defendants' Unopposed Motion For Extension of Time to Respond to Complaint. Dkt. No. 22. On January 30, 2023, Defendants filed their Stipulated Motion For Extension of Time to Respond to Complaint, which the Court entered on January 31, 2023. Dkt. Nos. 23, 24.

Defendants' Unopposed Motion For Extension of Time to Respond to Complaint, Dkt. No. 22, is DENIED as moot. Motions to extend the time to answer are unnecessary; the parties may agree to extend the time to answer without Court approval.

It is so ORDERED.

**ORDER** - 1

Dated this 1st day of February, 2024.

                                              Jamal N. Whitehead
                                              United States District Judge

**ORDER** - 2