HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

MAYTRONICS, LTD.,

    Plaintiff,

v.

CHASING INNOVATION TECHNOLOGY CO., LTD. and CHASING TECHNOLOGY (USA), LLC,

    Defendants.

Case No. 2:23-cv-01406-JNW

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

NOTE ON MOTIONS CALENDAR:
February 13, 2024

    Plaintiff, Maytronics, Ltd. ("Plaintiff") and Defendants Chasing Innovation Technology Co., Ltd. and Chasing Technology (USA), LLC ("Defendants") file this Stipulated Motion for Extension of Time to Respond to Complaint.

    Plaintiff Maytronics, Ltd. ("Plaintiff") filed its Complaint on September 11, 2023 (Dkt. #1) against the Defendants. A stipulation for extension of time and waiver of service was filed on November 15, 2023 (Dkt. #10), consolidating and setting the due date for Defendants to answer, respond, or otherwise defend against the complaint in the above referenced action to January 16, 2024. Defendants filed an Unopposed Motion for Extension of Time to Respond to Complaint on January 16, 2024 (Dkt. #22) seeking an extension to respond to the complaint fourteen days to January 30, 3024. On January 30, 2024 the parties filed a Stipulated Motion for Extension of Time to Respond to Complaint by fourteen days (Dkt. #23), which was granted

STIPULATED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT - 1

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393

moving the deadline to respond to February 13, 2024 (Dkt. #24).  Defendants herein request a further extension to respond to the Complaint of fourteen days, up to and including February 27, 2024, and Plaintiff does not oppose this request.  There is good cause as this extension is not being sought for purposes of delay, but to allow the parties to continue to participate in ongoing settlement discussions.

Counsel for Defendant conferred with counsel for Plaintiff, and counsel for Plaintiff stipulates to this this extension.

Accordingly, the parties submit this stipulated request for an order extending the deadline for Defendants to answer, respond, or otherwise defend against the complaint to February 27, 2024.

DATED this 13th day of February 2024.

| K&L GATES LLP | STOKES LAWRENCE, P.S. |
|---|---|
| By /s/Shelby R. Stoner<br>Christopher M. Wyant, WSBA #35561<br>Shelby R. Stoner, WSBA # 52837<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>Phone:  (206) 623-7580<br>E-mail : chris.wyant@klgates.com<br>E-mail: shelby.stoner@klgates.com<br><br>*Attorneys for Plaintiff Maytronics, Ltd.* | By /s/John T. Fetters<br>John T. Fetters (WSBA #40800)<br>Valerie Walker (WSBA #52584)<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA  98101-2393<br>Telephone: 206-626-6000<br>E-mail: John.fetters@stokeslaw.com<br>E-mail: Valerie.walker@stokeslaw.com<br><br>Donald R. McPhail (pro hac vice)<br>Eric W. Schweibenz (pro hac vice)<br>Alexander B. Englehart (pro hac vice)<br>OBLON, MCLELLAND, MAIER & NEUSTADT LLP<br>1940 Duke Street<br>Alexandria, VA 22314<br>Telephone: 703-413-3000<br>E-mail: dmcphail@oblon.com<br>E-mail: eschweibenz@oblon.com<br>E-mail: aenglehart@oblon.com<br><br>*Attorneys for Defendants Chasing Innovation Technology Co., Ltd. and Chasing Technology (USA), LLC* |