1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYTRONICS LTD., | CASE NO. 2:23-cv-1406 |
| Plaintiff, | ORDER |
| v. | |
| CHASING INNOVATION TECHNOLOGY CO. LTD. ET AL, | |
| Defendants. | |

This matter comes before the Court on the parties Stipulated Motion For Extension of Time to Respond to Complaint, filed February 13, 2024. Dkt. No. 26. The motion is GRANTED.

On February 1, 2024, the Court noted that "[m]otions to extend the time to answer are unnecessary; the parties may agree to extend the time to answer without Court approval." Dkt. No. 25. The Court reiterates that the parties may agree to an extension of time to answer or respond to the pleadings without Court approval or a motion—otherwise, judicial resources are needlessly expended.

It is so ORDERED.

**ORDER** - 1

Dated this 16th day of February, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2