HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MAYTRONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHASING INNOVATION TECHNOLOGY CO., LTD. and CHASING TECHNOLOGY (USA), LLC, <br><br> Defendants. | Case No. 2:23-cv-01406-JNW <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND |

This matter came before the Court on the Parties Stipulated Motion for Extension of Time to Serve Preliminary Non-Infringement and Invalidity Contentions. The Court having reviewed the pleadings and considered the files and records herein,

IT IS HEREBY ORDERED that the Stipulated Motion for Extension of Time to Serve Preliminary Non-Infringement and Invalidity Contentions is GRANTED. Defendants' deadline to serve Preliminary Non-Infringement and Invalidity Contentions and accompanying document production is extended to February 27, 2024.

DATED this 26th day of February, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

| | |
|---|---|
| K&L GATES LLP | STOKES LAWRENCE, P.S. |
| | |
| By */s/  Shelby R. Stoner (E-mail Authority)* | By */s/Valerie Walker* |
| Christopher M. Wyant, WSBA #35561 | John T. Fetters (WSBA #40800) |
| Shelby R. Stoner, WSBA # 52837 | Valerie Walker (WSBA #52584) |
| 925 Fourth Avenue, Suite 2900 | 1420 Fifth Avenue, Suite 3000 |
| Seattle, WA  98104 | Seattle, WA  98101-2393 |
| Phone:  (206) 623-7580 | Telephone: 206-626-6000 |
| E-mail : chris.wyant@klgates.com | E-mail: John.fetters@stokeslaw.com |
| E-mail: shelby.stoner@klgates.com | E-mail: Valerie.walker@stokeslaw.com |
| | |
| *Attorneys for Plaintiff Maytronics, Ltd.* | Donald R. McPhail (pro hac vice) |
| | Eric W. Schweibenz (pro hac vice) |
| | Alexander B. Englehart (pro hac vice) |
| | OBLON, MCLELLAND, MAIER & NEUSTADT LLP |
| | 1940 Duke Street |
| | Alexandria, VA 22314 |
| | Telephone: 703-413-3000 |
| | E-mail: dmcphail@oblon.com |
| | E-mail: eschweibenz@oblon.com |
| | E-mail: aenglehart@oblon.com |
| | |
| | *Attorneys for Defendants Chasing Innovation Technology Co., Ltd. and Chasing Technology (USA), LLC* |

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND  - 2