HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MAYTRONICS, LTD.,

Plaintiff,

v.

CHASING INNOVATION TECHNOLOGY CO., LTD. and CHASING TECHNOLOGY (USA), LLC,

Defendants.

Case No. 2:23-cv-01406-JNW

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE PRELIMINARY NON-INFRINGEMENT AND INVALIDITY CONTENTIONS AND TO FILE AMENDED PLEADINGS AND JOIN ADDITIONAL PARTIES

This matter came before the Court on the Parties' Stipulated Motion for Extension of Time to Serve Preliminary Non-Infringement and Invalidity Contentions and to File Amended Pleadings and Join Additional Parties. The Court having reviewed the pleadings and considered the files and records herein,

IT IS HEREBY ORDERED that the Stipulated Motion for Extension of Time to Serve Preliminary Non-Infringement and Invalidity Contentions and to File Amended Pleadings and Join Additional Parties is GRANTED. Defendants' deadlines to serve Preliminary Non-Infringement and Invalidity Contentions and accompanying document production and to file amended pleadings and join additional parties is extended to March 19, 2024.

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE PRELIMINARY NON-INFRINGEMENT AND INVALIDITY CONTENTIONS AND TO FILE AMENDED PLEADINGS AND JOIN ADDITIONAL PARTIES - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393

DATED this 13th day of March, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

K&L GATES LLP

By /s/ Shelby R. Stoner (E-mail Authority)
Christopher M. Wyant, WSBA #35561
Shelby R. Stoner, WSBA # 52837
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
E-mail : chris.wyant@klgates.com
E-mail: shelby.stoner@klgates.com

*Attorneys for Plaintiff Maytronics, Ltd.*

STOKES LAWRENCE, P.S.

By /s/ Valerie Walker
John T. Fetters (WSBA #40800)
Valerie Walker (WSBA #52584)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: 206-626-6000
E-mail: John.fetters@stokeslaw.com
E-mail: Valerie.walker@stokeslaw.com

Donald R. McPhail (pro hac vice)
Eric W. Schweibenz (pro hac vice)
Alexander B. Englehart (pro hac vice)
OBLON, MCLELLAND, MAIER & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
Telephone: 703-413-3000
E-mail: dmcphail@oblon.com
E-mail: eschweibenz@oblon.com
E-mail: aenglehart@oblon.com

*Attorneys for Defendants Chasing Innovation Technology Co., Ltd. and Chasing Technology (USA), LLC*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE PRELIMINARY NON-INFRINGEMENT AND INVALIDITY CONTENTIONS AND TO FILE AMENDED PLEADINGS AND JOIN ADDITIONAL PARTIES - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393