UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYTRONICS LTD., | CASE NO. 2:23-cv-1406 |
| Plaintiff, | ORDER DIRECTING PARTIES TO FILE UPDATED STATUS REPORT |
| v. | |
| CHASING INNOVATION TECHNOLOGY CO. LTD. ET AL, | |
| Defendants. | |

Maytronics Ltd. filed this action nearly one year ago. The parties submitted a joint status report, proposing a case schedule and attendant deadlines. Dkt. No. 21. More than once, the parties have jointly moved to extend case deadlines, which the Court has granted. Dkt. Nos. 27, 29, and 30. The Court wishes to enter a formal case schedule, but before doing so, DIRECTS the parties to file an updated joint status report within fourteen days of the date of this Order. The status report should indicate what steps the parties have taken thus far to progress the case and should include an updated proposed scheduling order.

**ORDER** DIRECTING PARTIES TO FILE UPDATED STATUS REPORT - 1

Dated this 5th day of September, 2024.

                                                  Jamal N. Whitehead
                                                  United States District Judge

**ORDER** DIRECTING PARTIES TO FILE UPDATED STATUS REPORT - 2